UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-62163-CIV-DIMITROULEAS/SNOW

PENTAIR FILTRATION SOLUTIONS, LLC,
a Delaware Limited Liability Company, and PENTAIR
RESIDENTIAL FILTRATION, LLC, a Delaware
limited liability company,

      Plaintiffs,

vs.

SUPERIOR WATER SYSTEMS CO. INC, a Florida
Corporation, d/b/a/ SUPERWATER and JACQUES
HARRIS LOBATO, individually,

      Defendants.                                              /

## PLAINTIFFS' NOTICE OF SETTLEMENT
## AND CORRECTED MOTION TO APPROVE CONSENT FINAL JUDGMENT

     Plaintiffs, Pentair Filtration Solutions, LLC and Pentair Residential Filtration, LLC (collectively, "Pentair"), by and through its undersigned counsel, hereby gives notice that the parties have fully and finally resolved and settled their disputes in this matter and moves the Court to approve the corrected Consent Final Judgment attached hereto as Exhibit "1."

## CERTIFICATE OF GOOD FAITH CONFERENCE

     Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. Pursuant to the settlement agreements executed by the parties, all parties consent to the relief sought by this Motion.

Respectfully submitted,

ROETZEL & ANDRESS, LPA

/s/ Robert E. Pershes
Robert E. Pershes, Esquire
Florida Bar No.:
Laurence S. Litow, Esquire
Florida Bar No. 328758
Vijay G. Brijbasi, Esquire
Florida Bar No. 15037
350 E. Las Olas Blvd., Suite 1150
Fort Lauderdale, FL 33301
Tel.: (954) 462-4150/Fax: (954) 462-4260

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using *CM/ECF*. I also certify that the foregoing is being served this day upon all counsel of record or *pro se* parties identified in the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by *CM/ECF* or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert E. Pershes
Robert E. Pershes, Esq.
Florida Bar No. 301906

## SERVICE LIST

Daniel A. Bushell, Esq. (via CM/ECF)
dan@bushellappellatelaw.com
Bushell Appellate Law, P.A.
101 NE 3rd Avenue, Suite 1100
Fort Lauderdale, Florida 33301